UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

JOHANNES J. JANSE VAN RENSBURG,

　　　Plaintiff,

v.                                                        Case No. 2:23-cv-00058-RAJ-RJK

HARBOR FREIGHT TOOLS USA, INC.,

　　　Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Johannes J. Janse Van Rensburg and Defendant Harbor Freight Tools USA, Inc., have announced to the Court that all matters in controversy between them in the instant matter have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court ORDERS as follows:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter is DISMISSED WITH PREJUDICE, with court costs and attorneys' fees to be paid by the party incurring such costs and fees. In accordance with Fed. R. Civ. P. 41(a) and *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), this Court retains jurisdiction to enforce the terms of the Release and Confidential Settlement Agreement executed by the parties:

This the 26th day of September, 2023.

Raymond A. Jackson
United States District Judge